UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

David Wright

                Plaintiff,

v.                                        Case No.: 1:13−cv−00903
                                        Honorable Matthew F. Kennelly

The Berkley Group, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2013:

      MINUTE entry before Honorable Matthew F. Kennelly: Case is dismissed as it was subsumed in consolidated complaint in case number 12 C 4069, Birchmeier v. Caribbean Cruise.Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.